**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2517**

———————

RICHARD APONGWA CHUNGONG,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A70-302-326)

———————

Submitted:  May 31, 2000              Decided:  June 20, 2000

———————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Bokwe G. Mofor, Silver Spring, Maryland, for Petitioner.  David W.
Ogden, Acting Assistant Attorney General, Karen Fletcher Torsten-
son, Assistant Director, Robbin K. Blaya, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard Apongwa Chungong, a native of Cameroon, seeks review of the Board of Immigration Appeals' ("Board") decision to deny his motion to reopen his deportation proceedings for the purpose of applying for suspension of deportation and asylum. Our review of the record discloses that the Board properly denied Chungong's motion to reconsider and motion to reopen his deportation proceedings and that this appeal is without merit. Accordingly, we affirm on the reasoning of the Board. See In re: Richard Aponqwa Chungonq, No. A70-302-326 (BIA Oct. 18, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED